1 | Michael D. Adams (State Bar No. 185835)
madams@rutan.com
2 | Asad Karamally (State Bar No. 335881)
akaramally@rutan.com
3 | RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
4 | Irvine, California 92612
Telephone:   714-641-5100
5 | Facsimile:   714-546-9035

6 | Attorneys for Plaintiff
ALO, LLC

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | ALO, LLC, a California limited liability
company,

12 | Plaintiff,

13 | vs.

14 | ALORI, LLC (FORMERLY ENVISIÓN
COSMETICS, LLC), and DOES 1
15 | through 10, inclusive,

16 | Defendants.

17

18

19

20

21

22

23

Case No.

**COMPLAINT FOR:**

**1. FEDERAL TRADEMARK
   INFRINGEMENT [ 15 U.S.C.
   § 1114]**

**2. FALSE DESIGNATION OF
   ORIGIN AND UNFAIR
   COMPETITION [15 U.S.C.
   § 1125(a)]**

**3. COMMON LAW UNFAIR
   COMPETITION AND
   TRADEMARK INFRINGEMENT**

**4. BREACH OF CONTRACT**

**DEMAND FOR JURY TRIAL**

24

25

26 | / / /

27 | / / /

28 | / / /

Rutan & Tucker, LLP
attorneys at law

2314/101795-0405
19485129.3 a08/16/23

-1-

COMPLAINT

1    Plaintiff ALO, LLC ("Plaintiff" or "ALO") alleges as follows against defendant
2  Alori, LLC (formerly EnVisión Cosmetics, LLC) ("Defendant" or "ALORI") and
3  Does 1-10, inclusive (with ALORI, "Defendants"):

### NATURE OF THE CASE

5    1.    ALO seeks injunctive and monetary relief in this action for breach of
6  contract, trademark infringement, false designation of origin, and common law unfair
7  competition and trademark infringement with regard to ALO's registered "ALO"
8  trademarks (the "ALO Marks").

9    2.    Defendant ALORI is in the business of producing and selling skin
10 products, including cosmetics, skincare products, fragrances, and scented cleaning
11 products, in connection with the mark ALORI (the "Infringing Marks").

12   3.    ALORI and those Doe defendants acting in concert with it have violated,
13 and continue to violate, the Trademark Act of 1946 as amended, 15 U.S.C. section
14 1051 *et seq.* (the "Lanham Act"), and California state law through their unauthorized
15 use of the Infringing Marks in a manner that is confusingly similar to ALO's use of
16 its registered ALO trademarks.

17   4.    ALO therefore brings this action to protect its valuable intellectual
18 property rights and to prevent consumer confusion between ALO's distinctive brand
19 and Defendants' infringing use and registration of the ALORI Marks described below.

### PARTIES

21   5.    ALO is a limited liability company organized and existing under the laws
22 of the State of California with its principal place of business at 9830 Wilshire
23 Boulevard, Beverly Hills, CA 90212.

24   6.    On information and belief, ALORI is a limited liability corporation
25 organized under the laws of the State of California with its principal place of business
26 at 1005 East Pescadero Avenue, Suite 167, Tracy, California 95378.

27   7.    On information and belief, Plaintiffs allege that each of the Defendants
28 named herein as Does 1 through 10, inclusive, performed, participated in, or abetted

1  in some manner, the acts alleged herein, proximately caused the damages alleged

2  below, and are liable to Plaintiffs for the damages and relief sought herein.

3        8.     On information and belief, Plaintiffs allege that, in performing the acts

4  and omissions alleged herein, and at all times relevant hereto, each of the Defendants

5  was the agent and employee of each of the other defendants and was at all times acting

6  within the course and scope of such agency and employment with the knowledge and

7  approval of each of the other Defendants.

8        9.     The identities of the individuals and entities named as Doe Defendants

9  herein are not presently known, but Plaintiffs will seek to amend the Complaint to

10 properly identify them when their proper names have been ascertained.

11      10.    On information and belief, in participating in and/or performing the acts

12 and omissions alleged in the Complaint, Defendants were acting as the agents,

13 partners, servants, employees, alter egos, or successors or predecessors in interest of

14 other of the Defendants, and were acting within the course and scope of such

15 relationship, with the knowledge, express or implied, of each such other defendants,

16 at all times relevant to this Complaint.

17                        **JURISDICTION AND VENUE**

18      11.    This action arises, in part, under the Lanham Act, 15 U.S.C. section 1114

19 *et seq.,* section 1125 *et seq.*  This Court has subject matter jurisdiction pursuant to 28

20 U.S.C. sections 1331 and 1338, and 15 U.S.C. section 1121 because Plaintiff's claims

21 arise, in part, under the Lanham Act.  This Court has supplemental jurisdiction

22 pursuant to 28 U.S.C. sections 1338(b) and 1367 over Plaintiffs' claims arising under

23 the laws of the State of California.

24      12.    This Court has personal jurisdiction over Defendants because they are

25 organized in and transact business in the State of California, and over ALORI in

26 particular because its principal place of business is located in California.

27      13.    Venue is proper in the Eastern District of California under 28 U.S.C.

28 section 1391(b) because ALORI and the Doe Defendants reside in this judicial district

and a substantial part of the events, omissions and acts that are the subject matter of this action occurred within this judicial district.

## PLAINTIFF'S DISTINCTIVE "ALO" BRAND

14.     Since at least as early as 2006, and before Defendants used any similar mark, ALO or its predecessor-in-interest with respect to the ALO Marks (Color Image Apparel, Inc. ("CIA")) has continuously and prominently used the ALO Marks to denote the source of its high quality products and services.

15.     ALO owns several federal trademark registrations on the United States Patent and Trademark Office's ("USPTO") Principal Register, including for the following goods and services (collectively, the "ALO Registrations"):

| Mark | Goods | Reg. No. | Reg. Date |
|------|-------|----------|-----------|
| ALO | Class 25: men's clothing, namely, pants, shirts, vests, jackets, hooded jackets and women's clothing, namely, pants, shirts, vests, jackets, hooded jackets, sports bras. | 3,875,869 | November 16, 2010 |
| ALO SPORT | Class 25:  men's clothing, namely, pants, shirts, jackets, and women's clothing, namely, pants, shirts, jackets, sports bras. | 4,519,311 | April 22, 2014 |
| ALO YOGA | Class 18:  Athletic bags. Class 25:  men's clothing, namely, pants, shirts, jackets, and women's clothing, namely, pants, shirts, jackets, sports bras, tights; Scarves, leg warmers, headbands. | 5,172,308 | March 28, 2017 |

| Mark | Goods | Reg. No. | Reg. Date |
|------|-------|----------|-----------|
| ALO YOGA (continued) | Class 28:  Yoga mats. | | |
| ALO | Class 18:  Athletic bags. Class 25:  Headbands; Leg warmers; Scarves; Tights. Class 28:  Yoga mats. | 5,172,309 | March 28, 2017 |
| ALO | Class 41:  Providing classes in the field of meditation, mindful living, physical fitness, healthy lifestyle, yoga and exercise. | 5,597,575 | October 30, 2018 |
| ALOSOFT | Class 25:  Apparel, namely, bottoms as clothing, bras and sports bras. | 6,137,833 | August 25, 2020 |

16.    The current status and title information maintained by the USPTO and the Registration Certificates for each of these seven ALO Registrations are attached hereto as Exhibit 1 through Exhibit 6.  The ALO Registrations are valid and subsisting and in full force and effect, and constitute evidence of Plaintiff's exclusive right to use the ALO Marks throughout the United States with respect to, *inter alia*, yoga classes and apparel.

17.    Since ALO's predecessor CIA founded the ALO brand in 2006, CIA and now ALO have committed significant amounts of time, effort and money over the course of more than 17 years to developing a widely respected reputation for high quality goods and services.

18.    ALO has expanded from a yoga and apparel brand – as represented by its earliest trademark registrations – to an all-encompassing wellness-focused lifestyle

brand which offers a wide range of products and services including fitness classes, athleisure apparel, yoga products, footwear, hats, bags, jewelry, and body and skin products such as facial cleansers, serums, moisturizers, and oils.

19.     ALO also owns and operates retail spaces designed to offer consumers wellness experiences such as sampling ALO's apparel and beauty products, participating in ALO's on-site fitness classes, or purchasing organic refreshments from ALO's on-site cafes.

20.     ALO has taken the wellness industry by storm.  In 2022, ALO generated over $1 billion in sales.  ALO continues to invest tens of millions of dollars annually in generating consumer awareness of its brand, with dozens of existing retail locations and plans to open over 100 stores in high-traffic areas around the world by the end of 2024.

21.     Thus, before the acts complained of in this Complaint, members of the general consumer population recognized the ALO Marks as exclusive source identifiers for wellness-related goods and services originating from, sponsored or approved by ALO.

22.     ALO has the exclusive right to use the ALO Marks in interstate commerce, and ALO's use has been exclusive since it first adopted the ALO Marks, with the exception of unauthorized uses such as by ALORI as described in this Complaint.  The ALO Marks are valid and subsisting and remain in full force and effect.

23.     ALO has widely advertised, promoted and marketed goods under its ALO Marks in numerous and diverse advertising media including print, catalogs and the internet to promote the strength and renown of its ALO Marks.  ALO has achieved a high level of commercial success in selling products and services bearing or sold in connection with its ALO Marks, and has built a valuable reputation and substantial goodwill, with which the ALO Marks have become synonymous.

## ALORI'S INFRINGEMENT

24.    ALORI is also in the business of selling wellness-related products to consumers.  Specifically, ALORI sells cosmetics, skincare tools, serums, oils, and other wellness-related products such as linen sprays and fragrances.

25.    On information and belief, ALORI first began marketing and selling products in connection with the term "ALORI" on or around April 30, 2019.

26.    On information and belief, ALORI markets and sells its products in connection with the ALORI Marks through the domain https://aloricollection.com ALORI's sales channels are highly similar to ALO's sales channels for its own goods and services, including https://www.aloyoga.com.

27.    On information and belief, ALORI's methods of marketing its products, namely through social media outreach, influencer marketing, third-party bloggers, and similar, are highly similar or identical to ALO's methods of marketing its products.

28.    Increasing the likelihood of confusion between ALO and ALORI's products, ALORI promotes its products through a social media account which intentionally causes consumers to associate its products with the term "ALO" through use of the Instagram handle "makeupby_alo".

29.    As shown in the screenshot below, a Google search for the aforesaid social media account operated by ALORI emphasizes the risk of consumer confusion resulting from ALORI's use of the ALORI Marks because the first five results in a Google search for "Makeup by Alo" are products sold by ALO, giving consumers the impression that ALORI is associated with ALO.

/ / /

/ / /

/ / /



**THE ALORI DESIGN MARK PROCEEDING**

30.     On October 1, 2021, ALORI applied for an intent-to-use design mark with the United States Patent and Trademark Offices ("USPTO"), U.S. Serial No. 97/056,765, which incorporates the term "ALORI" for products in International Classes 3 and 21, in the form below (the "ALORI Design Application").



Rutan & Tucker, LLP
attorneys at law

2314/101795-0405
19485129.3 a08/16/23

COMPLAINT

31.     ALO filed an opposition to the ALORI Design Application as to International Class 3 only before the Trademark Trial and Appeal Board ("TTAB") on the basis of likelihood of confusion with its ALO Marks on September 8, 2022.

32.     ALORI defaulted in the ALORI Design proceeding before the TTAB by failing to submit an Answer before the deadline, and the TTAB issued a Notice of Default on October 30, 2022.  ALORI failed to file any response to the Notice of Default.  Therefore, on December 14, 2022, the TTAB entered an order sustaining ALO's Opposition and refusing registration of the ALORI Design Application in International Class 3.

33.     ALORI now owns U.S. Registration No. 97/056,765 for the ALORI design shown above for products only in International Class 21.

## THE ALORI WORD MARK PROCEEDING

34.     ALORI is also the owner of U.S. Serial No. 88/979,376 an intent-to-use application filed on October 1, 2021, for the word ALORI in connection with a wide variety of skincare products in International Class 3 and brushes, sponges, and bottles in International Class 21.

35.     ALORI initially applied for a trademark for the term ALORI, U.S. Serial No. 88/353,401, in connection with apparel in International Class 25; bags in International Class 18; a wide variety of skincare products in International Class 3; and brushes, sponges, and bottles in International Class 21 on March 23, 2019.

36.     On August 27, 2020, ALORI submitted a Request to Divide U.S. Serial No. 88/353,401 into two applications, one application for International Class 18 and 25 products and another application for International Class 3 and 21 products.

37.     The USPTO granted ALORI's request, and ALORI subsequently abandoned its Class 18 and 25 application in November of 2021.  ALORI's application for Class 3 and 21 products became the "child" application under the new Serial No. 88/979,376 (the "ALORI Word Application", collectively with the ALORI Design Application, the "ALORI Marks").

38.   On December 31, 2020, ALO submitted a Notice of Opposition before the TTAB as to International Class 3 of the ALORI Word Application.

39.   Following lengthy proceedings before the TTAB including ALORI's unsuccessful Motion to Dismiss, ALO's successful Motion to Compel Discovery, and a number of stipulated suspensions for settlement negotiations, the parties agreed upon terms intended to permanently resolve all claims between them relating to the ALORI Marks, including but not limited to both TTAB proceedings.

40.   Although ALORI conceded in the course of discovery in the ALORI Word Mark Proceeding that ALO has priority over its marks and that it sells goods which overlap with ALO's goods, including "yoga-related" and "wellness-related" goods, the parties agreed to compromise to minimize the likelihood of consumer confusion by restricting permissible uses of the ALORI Marks.

## ALORI'S BREACH OF THE SETTLEMENT AGREEMENT

41.   ALO prepared a confidential written settlement agreement (the "Settlement Agreement") memorializing the parties' agreement to resolve the TTAB Proceedings and any and all related claims between the parties.  In December of 2022 and January of 2023, counsel for the parties discussed minor clarifications to the terms proposed by ALO, and a final draft was agreed upon and circulated between counsel on January 4, 2023.   Thereafter, on January 27, ALORI signed the Settlement Agreement and provided a copy to ALO.

42.   Between January 27 and August 1, counsel for the parties discussed ALO providing a counter-signed copy of the Settlement Agreement to ALORI.  Counsel for both parties understood and represented that the provision of a counter-signed version of the Settlement Agreement would simply be a formality.  During this period of time, ALORI acted consistently with the restrictions in place under the Settlement Agreement and neither party took additional discovery nor filed any motion in the pending Word Mark Proceeding before the TTAB.

43.   On August 1, 2023, the day after the deadline for ALO's testimony

1   period in the Word Mark Proceeding, counsel for ALORI contacted counsel for ALO

2   purporting to revoke ALORI's signature and consent to the Settlement Agreement

3   and threatening to move to dismiss the TTAB Proceeding if ALO did not pay

4   ALORI's legal fees and withdraw its opposition without prejudice. ALORI

5   represented, through counsel, that it no longer intended to abide by the restrictions

6   agreed on in the Settlement Agreement executed on January 27.

7        44.    On August 3, in further violation of the Settlement Agreement, ALORI

8   filed a motion to dismiss before the TTAB on the basis that ALO had not offered any

9   evidence to support its claim of likelihood of confusion before the close of the

10   testimony period.

11   **ALO'S DAMAGES AS A RESULT OF ALORI'S INFRINGING CONDUCT**

12        45.    Given the distinctive nature of the ALO Marks, Defendants' use of the

13   ALO Marks or marks confusingly similar to the ALO Marks, including the ALORI

14   Marks, is likely to cause confusion, mistake and deception such that members of the

15   public are likely to be confused as to the affiliation, connection or relationship

16   between ALO and Defendants, and confused into believing Defendants' goods are

17   endorsed by, sponsored by, or affiliated with ALO, when they are not.

18        46.    Absent the restrictions of the Settlement Agreement, Defendants are not

19   authorized to use the ALO Marks, or marks confusingly similar to the ALO Marks,

20   in connection with their goods. Therefore, these actions create a likelihood of

21   consumer confusion.

22        47.    ALORI has refused to cease and desist from use of the ALORI Marks

23   and has repudiated the parties' Settlement Agreement in an attempt to gain a litigation

24   advantage, causing financial injury and damages to Plaintiff in an amount to be

25   determined and rendering Defendants' acts in violation of the Lanham Act willful.

26   As such, this an exceptional case within the meaning of the Lanham Act, 15 U.S.C.

27   section 1117, thereby entitling Plaintiff to damages, attorneys' fees, and costs.

28        48.    ALO seeks injunctive relief to halt the irreparable harm caused by

Defendants' use of the ALORI Marks in connection with personal wellness products without restriction.  Without an injunction, ALORI will continue to offer wellness products that wrongfully imply an association with ALO and trade on the goodwill associated with the ALO Marks.

## FIRST CLAIM FOR RELIEF

### Federal Trademark Infringement

### [15 U.S.C. § 1114]

49.     ALO repeats and incorporates by this reference each and every allegation contained in paragraphs 1 through 48 above, inclusive, as though set forth in full.

50.     By the acts and omissions set forth above, Defendants have infringed and continue to infringe ALO's federally registered trademark rights in violation of Section 32 of the Lanham Act, 15 U.S.C. section 1114.  Defendants' conduct and use of the ALO Marks or marks confusingly similar to the ALO Marks is likely to cause confusion, mistake and deception among the general purchasing public as to the affiliation, connection, association, origin, sponsorship or approval of Defendants' goods, and interfere with ALO's ability to use its marks to indicate a single quality control source of goods and services.

51.     ALO has suffered, is suffering, and will continue to suffer irreparable injury for which ALO has no adequate remedy at law.  ALO is therefore entitled to a preliminary and permanent injunction against further infringing conduct by Defendants.

52.     Defendants have profited and are profiting by such infringement and ALO has been, and is being, damaged by such infringement.  ALO is therefore entitled to recover damages from Defendants in an amount to be proved at trial as a consequence of Defendants' infringing activities.

## SECOND CLAIM FOR RELIEF

### False Designation of Origin and Unfair Competition

### [15 U.S.C. § 1125(a)]

53.     ALO repeats and incorporates by this reference each and every allegation contained in paragraphs 1 through 52 above, inclusive, as though set forth in full.

54.     Defendants' acts as alleged herein also constitute false designation of origin and unfair competition in violation of Lanham Act section 43(a), 15 U.S.C. section 1125(a).

55.     Defendants' aforesaid advertising, offering for sale, and sale of services in connection with the ALORI Marks is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with ALO, or as to the origin, sponsorship, or approval of Defendants' goods, in that purchasers are likely to believe that ALO authorizes or controls the advertising, offering, or sale of Defendants' goods described above, or that Defendants are associated with or authorized by ALO to advertise, offer, or sell those goods.

56.     Defendants' use in commerce of the ALO Marks or marks confusingly similar to the ALO Marks in connection with Defendants' services constitutes a false designation of the origin and/or sponsorship of such services, and falsely describes and represents such services.

57.     Defendants' conduct constitutes unfair competition that has violated, and unless restrained and enjoined by this Court will continue to violate, ALO's trademark rights, and has caused irreparable harm, damage, and injury to ALO's goodwill and business reputation.

58.     ALO has been and continues to be irreparably injured as a result of Defendants' infringement and wrongful acts, and has no adequate remedy at law. ALO is therefore entitled to a permanent injunction against further infringing and unlawful conduct by Defendants.

59.     Defendants have profited and are profiting by such infringement and

1    ALO has been and is being damaged by such infringement.  ALO is therefore

2    entitled to recover damages from Defendants in an amount to be proved at trial as a

3    consequence of Defendants' infringing and unlawful activities.

### THIRD CLAIM FOR RELIEF

**Common Law Unfair Competition and Trademark Infringement**

**[Cal. Bus. & Prof. Code § 17200, *et seq*.]**

7    60.    ALO repeats and incorporates by this reference each and every allegation

8    contained in paragraphs 1 through 59 above, inclusive, as though set forth in full.

9    61.    Defendants' actions and conduct as alleged herein are likely to cause

10   confusion, mistake, and deception to consumers as to the affiliation, connection, or

11   association of Defendants with ALO, and as to origin of Defendants' services, and

12   ALO's apparent sponsorship or approval of Defendants' services.

13   62.    Defendants' unauthorized actions and conduct as alleged herein

14   constitute unfair competition under California common law.

15   63.    Defendants' unauthorized actions and conduct constitute direct

16   infringements of ALO's federal and common law trademarks in violation of

17   California common law.

18   64.    Defendants have caused and, unless restrained and enjoined by this

19   Court, will continue to cause irreparable harm, damage and injury to ALO, including

20   but not limited to injury to ALO's goodwill and business reputation.

21   65.    ALO has suffered, is suffering, and will continue to suffer irreparable

22   injury for which ALO has no adequate remedy at law.  ALO is therefore entitled to a

23   permanent injunction against further infringing conduct by Defendants.

### FOURTH CLAIM FOR RELIEF

**Breach of Contract**

26   66.    ALO repeats and incorporates by this reference each and every allegation

27   contained in paragraphs 1 through 65 above, inclusive, as though set forth in full.

28   67.    In December of 2022, ALO proposed a written settlement agreement to

1    resolve all claims between the parties relating to the ALORI Marks.

2        68.    On January 27, 2023, ALORI executed the Settlement Agreement and

3    subsequently provide a copy to ALO.

4        69.    As of ALORI's signature of the Settlement Agreement, both parties

5    understood that all material terms had been agreed upon and that ALO's provision of

6    a counter-signed copy of the Settlement Agreement would be only a formality.

7        70.    On August 1, 2023, after the expiry of discovery deadlines in the TTAB

8    Proceeding regarding the ALORI Word Mark, ALORI purported to revoke its consent

9    to the Settlement Agreement and represented that it no longer intends to abide by the

10   restrictions on its use of the ALORI Marks imposed by the Settlement Agreement.

11       71.    On August 3, 2023, in further violation of the Settlement Agreement,

12   ALORI filed a Motion to Dismiss ALO's TTAB proceeding against the ALORI Word

13   Mark.

14       72.    Therefore, ALORI is currently in breach of the Settlement Agreement.

15       73.    As a result of ALORI's breach, ALO has suffered damages in an amount

16   to be determined at trial.

17                            **PRAYER FOR RELIEF**

18       WHEREFORE, Plaintiff prays for an order and judgment against Defendants

19   as follows:

20       1.    That Defendants, and each of them, their owners, partners, agents,

21   servants, distributors, affiliates, employees, representatives, and all those in privity or

22   acting in concert with Defendants or on their behalf, be permanently enjoined and

23   restrained from, directly or indirectly:

24            a.    Selling, offering to sell, advertising, displaying, or using the

25   ALORI Marks, any derivative thereof, including without limitation ALORI, or any

26   other mark similar thereto, alone or in combination with other words, names, styles,

27   titles, designs or marks in connection with personal wellness products, such as

28   skincare products, cosmetics, oils, and fragrances;

1          b.     Using in any other way any other mark or designation so similar

2   to the ALO Marks as to be likely to cause confusion, mistake or deception as to an

3   affiliation, connection, sponsorship or endorsement of Defendants and/or their

4   products or services by or with ALO; and

5          c.     Representing or implying that Defendants are in any way

6   sponsored by, affiliated with, endorsed by or licensed by ALO;

7          2.     For an order requiring Defendants to deliver to ALO's attorneys within

8   thirty (30) days after the entry of any injunction, to be impounded or destroyed by

9   ALO, all graphics, literature, signs, labels, prints, packages, wrappers, containers,

10  advertising and promotional materials, products and any other written materials or

11  items in Defendants' possession or control that bear the mark ALORI, or any other

12  mark similar thereto, together with all means and materials for making or reproducing

13  the same, pursuant to 15 U.S.C. section 1118, and other applicable laws;

14         3.     For an order requiring Defendants to file with the Clerk of this Court and

15  serve ALO, within thirty (30) days after the entry of any preliminary or permanent

16  injunction, a report in writing, under oath, setting forth in detail the manner and form

17  in which Defendants have complied with 1 through 2 above;

18         4.     For an award of Defendants' profits and ALO's damages according to

19  proof at trial;

20         5.     For an order requiring Defendants to account for and pay to ALO all

21  gains, profits and advantages derived by Defendants from the unlawful activities

22  alleged herein, and/or as a result of unjust enrichment;

23         6.     For an award of pre-judgment interest at the highest rate allowed by law;

24         7.     For an award of ALO's attorneys' fees, costs and expenses, including

25  but not limited to expert witness fees, incurred in this action, pursuant to 15 U.S.C.

26  section 1117; and

27  / / /

28  / / /

1    8.    For such further relief as this Court shall deem just and proper.

2

3   Dated:  August 15, 2023                    RUTAN & TUCKER, LLP
                                               MICHAEL D. ADAMS
4                                              ASAD KARAMALLY

5                                         By: /Michael D. Adams/
6                                              Michael D. Adams
                                               Attorneys for Plaintiff
7                                              ALO, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff hereby demands a jury trial in this action.

3

4 Dated:  August 15, 2023

RUTAN & TUCKER, LLP
MICHAEL D. ADAMS
5 ASAD KARAMALLY

6

By:_____ */Michael D. Adams/*_____

7

Michael D. Adams
Attorneys for Plaintiff
8 ALO, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**Generated on:** This page was generated by TSDR on 2023-08-15 17:19:08 EDT

**Mark:** ALO

ALO

| | | | |
|---|---|---|---|
| **US Serial Number:** | 77891801 | **Application Filing Date:** | Dec. 11, 2009 |
| **US Registration Number:** | 3875869 | **Registration Date:** | Nov. 16, 2010 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jun. 02, 2020

**Publication Date:** Aug. 31, 2010

## Mark Information

**Mark Literal Elements:** ALO

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1280420

**International Application(s) /Registration(s) Based on this Property:** A0052892/1280420

**Claimed Ownership of US Registrations:** 3310551

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** men's clothing, namely, pants, shirts, vests, jackets, hooded jackets and women's clothing, namely, pants, shirts, vests, jackets, hooded jackets, sports bras

**International Class(es):** 025 - Primary Class    **U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 1(a)

| | | | |
|---|---|---|---|
| **First Use:** May 23, 2006 | | **Use in Commerce:** May 23, 2006 | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | ALO, LLC |
| **Owner Address:** | 9830 Wilshire Boulevard<br>Beverly Hills, CALIFORNIA UNITED STATES 90212 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Lindsay J. Hulley | **Docket Number:** | 101795.0001T |
| **Attorney Primary Email Address:** | trademarks@rutan.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Lindsay J. Hulley<br>RUTAN & TUCKER, LLP<br>18575 Jamboree Road<br>9th Floor<br>Irvine, CALIFORNIA UNITED STATES 92612 | | |
| **Phone:** | 7146415100 | | |
| **Correspondent e-mail:** | trademarks@rutan.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 28, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Oct. 28, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 28, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 28, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 28, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 28, 2021 | NOTICE OF SUIT | |
| Dec. 18, 2020 | NOTICE OF SUIT | |
| Jun. 02, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 02, 2020 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 74704 |
| Jun. 02, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 74704 |
| May 28, 2020 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Jan. 24, 2020 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | 74704 |
| Jan. 24, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 74704 |
| Dec. 27, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 16, 2019 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Mar. 14, 2018 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 14, 2018 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 04, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |

| | | |
|---|---|---|
| Mar. 04, 2017 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70132 |
| Jan. 07, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70132 |
| Nov. 01, 2016 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 16, 2015 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Aug. 28, 2012 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 24, 2011 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 17, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 17, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 16, 2010 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 31, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 31, 2010 | PUBLISHED FOR OPPOSITION | |
| Jul. 29, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 73296 |
| Jul. 29, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 29, 2010 | AMENDMENT FROM APPLICANT ENTERED | 73296 |
| Jul. 29, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 73296 |
| Jul. 29, 2010 | ASSIGNED TO LIE | 73296 |
| Jul. 22, 2010 | FAX RECEIVED | |
| Jul. 21, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jul. 21, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jul. 21, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 08, 2010 | ASSIGNED TO EXAMINER | 82438 |
| Mar. 08, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 08, 2010 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 08, 2010 | NON-FINAL ACTION WRITTEN | 83176 |
| Mar. 04, 2010 | ASSIGNED TO EXAMINER | 83176 |
| Dec. 18, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Dec. 15, 2009 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| **Current Location:** GENERIC WEB UPDATE | **Date in Location:** Jun. 02, 2020 |

## Assignment Abstract Of Title Information

### Summary

| | | |
|---|---|---|
| **Total Assignments:** 4 | **Registrant:** Color Image Apparel, Inc. | |

### Assignment 1 of 4

| | | |
|---|---|---|
| **Conveyance:** SECURITY INTEREST | | |
| **Reel/Frame:** 5280/0095 | **Pages:** 7 | |
| **Date Recorded:** May 14, 2014 | | |
| **Supporting Documents:** assignment-tm-5280-0095.pdf | | |

| Assignor | |
|---|---|
| **Name:** COLOR IMAGE APPAREL, INC. | **Execution Date:** May 14, 2014 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** CALIFORNIA |

| Assignee | |
|---|---|
| **Name:** COMERICA BANK | **State or Country Where Organized:** TEXAS |
| **Legal Entity Type:** A TEXAS BANKING ASSOCIATION | |
| **Address:** 39200 SIX MILE ROAD MC 7578 LIVONIA, MICHIGAN 48152 | |

| Correspondent |
|---|

| | |
|---|---|
| **Correspondent Name:** | KIMBERLY A. BERGER |
| **Correspondent Address:** | 150 WEST JEFFERSON<br>SUITE 2500<br>DETROIT, MI 48226 |

**Domestic Representative - Not Found**

## Assignment 2 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | 6283/0350 | **Pages:** | 10 |
| **Date Recorded:** | Mar. 02, 2018 | | |
| **Supporting Documents:** | assignment-tm-6283-0350.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | COLOR IMAGE APPAREL, INC. | **Execution Date:** | Jan. 26, 2018 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | ALO, LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |
| **Address:** | 6670 FLOTILLA STREET<br>COMMERCE, CALIFORNIA 90040 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | LINDSAY J. HULLEY, C/O RUTAN & TUCKER |
| **Correspondent Address:** | 611 ANTON BLVD.<br>FLOOR 14<br>COSTA MESA, CA 92626-7681 |

**Domestic Representative - Not Found**

## Assignment 3 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 7280/0252 | **Pages:** | 6 |
| **Date Recorded:** | May 05, 2021 | | |
| **Supporting Documents:** | assignment-tm-7280-0252.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | ALO, LLC | **Execution Date:** | May 04, 2021 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | | |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | UNITED STATES |
| **Address:** | 10 SOUTH DEARBORN<br>CHICAGO, ILLINOIS 60603 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | DUSAN CLARK, ESQ. |
| **Correspondent Address:** | SIDLEY AUSTIN LLP<br>2021 MCKINNEY AVE., SUITE 2000<br>DALLAS, TX 75201 |

**Domestic Representative - Not Found**

## Assignment 4 of 4

| | |
|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY |

**Reel/Frame:** 7280/0258                   **Pages:** 7

**Date Recorded:** May 05, 2021

**Supporting Documents:** assignment-tm-7280-0258.pdf

| Assignor | |
|---|---|
| **Name:** COMERICA BANK | **Execution Date:** May 04, 2021 |
| **Legal Entity Type:** BANKING ASSOCIATION | **State or Country Where Organized:** TEXAS |

| Assignee | |
|---|---|
| **Name:** COLOR IMAGE APPAREL, INC. | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** CALIFORNIA |
| **Address:** 6670 FLOTILLA STREET COMMERCE, CALIFORNIA 90040-1816 | |

| Correspondent |
|---|
| **Correspondent Name:** BUCHALTER/PHILIP NULUD/MONICA MANDEL-LA |
| **Correspondent Address:** 18400 VON KARMAN AVENUE SUITE 800 IRVINE, CA 92612-0514 |

**Domestic Representative - Not Found**

# EXHIBIT 2

**Generated on:** This page was generated by TSDR on 2023-08-15 17:21:49 EDT

**Mark:** ALO SPORT

ALO SPORT

| | |
|---|---|
| **US Serial Number:** 85981400 | **Application Filing Date:** Mar. 01, 2012 |
| **US Registration Number:** 4519311 | **Registration Date:** Apr. 22, 2014 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |



**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Jun. 23, 2020

**Publication Date:** Aug. 14, 2012 **Notice of Allowance Date:** Oct. 09, 2012

## Mark Information

**Mark Literal Elements:** ALO SPORT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "SPORT"

## Related Properties Information

**Claimed Ownership of US Registrations:** 3310551, 3875869

**Child Of:** 85557978

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** men's clothing, namely, pants, shirts, jackets, and women's clothing, namely, pants, shirts, jackets, sports bras

**International Class(es):** 025 - Primary Class **U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Feb. 01, 2014 **Use in Commerce:** Feb. 01, 2014

## Basis Information (Case Level)

**Filed Use:** No **Currently Use:** Yes

| | | | |
|---|---|---|---|
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | ALO, LLC |
| **Owner Address:** | 9830 Wilshire Boulevard<br>Beverly Hills, CALIFORNIA UNITED STATES 90212 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Lindsay J. Hulley | **Docket Number:** | 101795.046T2 |
| **Attorney Primary Email Address:** | trademarks@rutan.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Lindsay J. Hulley<br>RUTAN & TUCKER, LLP<br>18575 Jamboree Road<br>9th Floor<br>Irvine, CALIFORNIA UNITED STATES 92612 | | |
| **Phone:** | 7146415100 | | |
| **Correspondent e-mail:** | trademarks@rutan.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 22, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Oct. 28, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Oct. 28, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 28, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 28, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 28, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 28, 2021 | NOTICE OF SUIT | |
| Dec. 18, 2020 | NOTICE OF SUIT | |
| Jun. 23, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jun. 23, 2020 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70997 |
| Jun. 23, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70997 |
| Apr. 23, 2020 | TEAS SECTION 8 & 15 RECEIVED | |
| Apr. 22, 2019 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Mar. 14, 2018 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 14, 2018 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Apr. 22, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 18, 2014 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Mar. 17, 2014 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 68171 |
| Mar. 16, 2014 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 13, 2014 | STATEMENT OF USE PROCESSING COMPLETE | 66230 |
| Feb. 09, 2014 | USE AMENDMENT FILED | 66230 |
| Mar. 13, 2014 | DIVISIONAL PROCESSING COMPLETE | |
| Feb. 09, 2014 | DIVISIONAL REQUEST RECEIVED | |

| Feb. 09, 2014 | TEAS REQUEST TO DIVIDE RECEIVED | |
|---|---|---|
| Feb. 09, 2014 | TEAS STATEMENT OF USE RECEIVED | |
| Oct. 12, 2013 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 11, 2013 | SOU EXTENSION 2 GRANTED | 66230 |
| Oct. 09, 2013 | SOU EXTENSION 2 FILED | 66230 |
| Oct. 09, 2013 | SOU TEAS EXTENSION RECEIVED | |
| May 14, 2013 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| May 13, 2013 | SOU EXTENSION 1 GRANTED | 66230 |
| Apr. 09, 2013 | SOU EXTENSION 1 FILED | 66230 |
| May 10, 2013 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66230 |
| Apr. 10, 2013 | NOTICE OF REVIVAL - E-MAILED | |
| Apr. 10, 2013 | SOU EXTENSION RECEIVED WITH TEAS PETITION | |
| Apr. 10, 2013 | PETITION TO REVIVE-GRANTED | 88889 |
| Apr. 10, 2013 | TEAS PETITION TO REVIVE RECEIVED | |
| Oct. 09, 2012 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Aug. 28, 2012 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 14, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 14, 2012 | PUBLISHED FOR OPPOSITION | |
| Jul. 25, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 06, 2012 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68171 |
| Jul. 06, 2012 | ASSIGNED TO LIE | 68171 |
| Jun. 15, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 15, 2012 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jun. 15, 2012 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 15, 2012 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 15, 2012 | EXAMINERS AMENDMENT -WRITTEN | 74845 |
| Jun. 11, 2012 | ASSIGNED TO EXAMINER | 74845 |
| Mar. 09, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 05, 2012 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| **Current Location:** TMEG LAW OFFICE 102 | **Date in Location:** Jun. 23, 2020 |

## Assignment Abstract Of Title Information

**Summary**

| | |
|---|---|
| **Total Assignments:** 4 | **Registrant:** Color Image Apparel, Inc. |

### Assignment 1 of 4

| | | |
|---|---|---|
| **Conveyance:** | SECURITY INTEREST | |
| **Reel/Frame:** | 5280/0095 | **Pages:** 7 |
| **Date Recorded:** | May 14, 2014 | |
| **Supporting Documents:** | assignment-tm-5280-0095.pdf | |

**Assignor**

| | | |
|---|---|---|
| **Name:** | COLOR IMAGE APPAREL, INC. | **Execution Date:** May 14, 2014 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** CALIFORNIA |

**Assignee**

| | | |
|---|---|---|
| **Name:** | COMERICA BANK | |
| **Legal Entity Type:** | A TEXAS BANKING ASSOCIATION | **State or Country Where Organized:** TEXAS |
| **Address:** | 39200 SIX MILE ROAD | |

MC 7578
LIVONIA, MICHIGAN 48152

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | KIMBERLY A. BERGER |
| **Correspondent Address:** | 150 WEST JEFFERSON<br>SUITE 2500<br>DETROIT, MI 48226 |

### Domestic Representative - Not Found

## Assignment 2 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | 6283/0350 | **Pages:** | 10 |
| **Date Recorded:** | Mar. 02, 2018 | | |
| **Supporting Documents:** | assignment-tm-6283-0350.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | COLOR IMAGE APPAREL, INC. | **Execution Date:** | Jan. 26, 2018 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | ALO, LLC | **State or Country Where Organized:** | CALIFORNIA |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | | |
| **Address:** | 6670 FLOTILLA STREET<br>COMMERCE, CALIFORNIA 90040 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | LINDSAY J. HULLEY, C/O RUTAN & TUCKER |
| **Correspondent Address:** | 611 ANTON BLVD.<br>FLOOR 14<br>COSTA MESA, CA 92626-7681 |

### Domestic Representative - Not Found

## Assignment 3 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 7280/0252 | **Pages:** | 6 |
| **Date Recorded:** | May 05, 2021 | | |
| **Supporting Documents:** | assignment-tm-7280-0252.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | ALO, LLC | **Execution Date:** | May 04, 2021 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | | |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | UNITED STATES |
| **Address:** | 10 SOUTH DEARBORN<br>CHICAGO, ILLINOIS 60603 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | DUSAN CLARK, ESQ. |
| **Correspondent Address:** | SIDLEY AUSTIN LLP<br>2021 MCKINNEY AVE., SUITE 2000<br>DALLAS, TX 75201 |

### Domestic Representative - Not Found

## Assignment 4 of 4

|  |  |  |  |
|---|---|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY | | |
| **Reel/Frame:** | 7280/0258 | **Pages:** | 7 |
| **Date Recorded:** | May 05, 2021 | | |
| **Supporting Documents:** | assignment-tm-7280-0258.pdf | | |

### Assignor

|  |  |  |  |
|---|---|---|---|
| **Name:** | COMERICA BANK | **Execution Date:** | May 04, 2021 |
| **Legal Entity Type:** | BANKING ASSOCIATION | **State or Country Where Organized:** | TEXAS |

### Assignee

|  |  |  |  |
|---|---|---|---|
| **Name:** | COLOR IMAGE APPAREL, INC. | **State or Country Where Organized:** | CALIFORNIA |
| **Legal Entity Type:** | CORPORATION | | |
| **Address:** | 6670 FLOTILLA STREET COMMERCE, CALIFORNIA 90040-1816 | | |

### Correspondent

|  |  |
|---|---|
| **Correspondent Name:** | BUCHALTER/PHILIP NULUD/MONICA MANDEL-LA |
| **Correspondent Address:** | 18400 VON KARMAN AVENUE SUITE 800 IRVINE, CA 92612-0514 |

### Domestic Representative - Not Found

# EXHIBIT 3

**Generated on:** This page was generated by TSDR on 2023-08-15 17:23:18 EDT

**Mark:** ALO YOGA

# ALO YOGA

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86741208 | **Application Filing Date:** | Aug. 28, 2015 |
| **US Registration Number:** | 5172308 | **Registration Date:** | Mar. 28, 2017 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Mar. 28, 2017

**Publication Date:** Mar. 01, 2016 **Notice of Allowance Date:** Apr. 26, 2016

## Mark Information

**Mark Literal Elements:** ALO YOGA

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "YOGA"

## Related Properties Information

**International Registration Number:** 1274269

**International Application(s) /Registration(s) Based on this Property:** A0052888/1274269

**Claimed Ownership of US Registrations:** 3310551, 3875869, 4519311

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Athletic bags

**International Class(es):** 018 - Primary Class      **U.S Class(es):** 001, 002, 003, 022, 041

| | |
|---|---|
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Dec. 15, 2010 | **Use in Commerce:** Aug. 24, 2011 |

| | |
|---|---|
| **For:** Men's clothing, namely, pants, shirts, jackets, and women's clothing, namely, pants, shirts, jackets, sports bras, tights; Scarves, leg warmers, headbands | |
| **International Class(es):** 025 - Primary Class | **U.S Class(es):** 022, 039 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Aug. 07, 2014 | **Use in Commerce:** Aug. 07, 2014 |

| | |
|---|---|
| **For:** Yoga mats | |
| **International Class(es):** 028 - Primary Class | **U.S Class(es):** 022, 023, 038, 050 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Oct. 15, 2010 | **Use in Commerce:** Oct. 26, 2011 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** Yes | | **Currently Use:** Yes | |
| **Filed ITU:** Yes | | **Currently ITU:** No | |
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 66A:** No | |
| **Filed 66A:** No | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** ALO, LLC | |
| **Owner Address:** 9830 Wilshire Boulevard<br>Beverly Hills, CALIFORNIA UNITED STATES 90212 | |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** CALIFORNIA |

## Attorney/Correspondence Information

| | |
|---|---|
| **Attorney of Record** | |
| **Attorney Name:** Lindsay J. Hulley | **Docket Number:** 101795.0133T |
| **Attorney Primary Email Address:** trademarks@rutan.com | **Attorney Email Authorized:** Yes |
| **Correspondent** | |
| **Correspondent Name/Address:** Lindsay J. Hulley<br>RUTAN & TUCKER, LLP<br>18575 Jamboree Road<br>9th Floor<br>Irvine, CALIFORNIA UNITED STATES 92612 | |
| **Phone:** 7146415100 | |
| **Correspondent e-mail:** trademarks@rutan.com | **Correspondent e-mail Authorized:** Yes |
| **Domestic Representative - Not Found** | |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 24, 2023 | TEAS SECTION 8 & 15 RECEIVED | |
| Oct. 28, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |

| | | |
|---|---|---|
| Oct. 28, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 28, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 28, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 28, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 28, 2022 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Sep. 28, 2021 | NOTICE OF SUIT | |
| Dec. 18, 2020 | NOTICE OF SUIT | |
| Mar. 14, 2018 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 14, 2018 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 28, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 21, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Feb. 18, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Feb. 10, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 69302 |
| Jan. 23, 2017 | USE AMENDMENT FILED | 69302 |
| Feb. 09, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 69302 |
| Jan. 23, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Oct. 28, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 26, 2016 | SOU EXTENSION 1 GRANTED | 98765 |
| Oct. 26, 2016 | SOU EXTENSION 1 FILED | 98765 |
| Oct. 26, 2016 | SOU TEAS EXTENSION RECEIVED | |
| Apr. 26, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 01, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 01, 2016 | PUBLISHED FOR OPPOSITION | |
| Feb. 10, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 31, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 31, 2015 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Dec. 31, 2015 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 31, 2015 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 31, 2015 | EXAMINERS AMENDMENT -WRITTEN | 83285 |
| Nov. 14, 2015 | NOTIFICATION OF PRIORITY ACTION E-MAILED | 6326 |
| Nov. 14, 2015 | PRIORITY ACTION E-MAILED | 6326 |
| Nov. 14, 2015 | PRIORITY ACTION WRITTEN | 83285 |
| Nov. 10, 2015 | ASSIGNED TO EXAMINER | 83285 |
| Sep. 02, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 01, 2015 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Feb. 18, 2017 |

# Assignment Abstract Of Title Information

| | |
|---|---|
| **Summary** | |
| Total Assignments: 4 | Registrant: Color Image Apparel, Inc. |

| | |
|---|---|
| **Assignment 1 of 4** | |
| Conveyance: SECURITY INTEREST | |
| Reel/Frame: 5823/0561 | Pages: 5 |
| Date Recorded: Jun. 29, 2016 | |
| Supporting Documents: assignment-tm-5823-0561.pdf | |

| | |
|---|---|
| **Assignor** | |
| Name: COLOR IMAGE APPAREL, INC. | Execution Date: Jun. 29, 2016 |
| Legal Entity Type: CORPORATION | State or Country CALIFORNIA |

**Where Organized:**

| | Assignee | | |
|---|---|---|---|
| **Name:** | COMERICA BANK | | |
| **Legal Entity Type:** | BANKING CORPORATION | **State or Country Where Organized:** | TEXAS |
| **Address:** | 39200 SIX MILE ROAD<br>MC 7578<br>LIVONIA, MICHIGAN 48152 | | |

| | Correspondent | | |
|---|---|---|---|
| **Correspondent Name:** | HELEN PANNECK | | |
| **Correspondent Address:** | 1000 WILSHIRE BLVD., STE. 1500<br>LOS ANGELES, CA 90017 | | |

**Domestic Representative - Not Found**

## Assignment 2 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | 6283/0350 | **Pages:** | 10 |
| **Date Recorded:** | Mar. 02, 2018 | | |
| **Supporting Documents:** | assignment-tm-6283-0350.pdf | | |

| | Assignor | | |
|---|---|---|---|
| **Name:** | COLOR IMAGE APPAREL, INC. | **Execution Date:** | Jan. 26, 2018 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |

| | Assignee | | |
|---|---|---|---|
| **Name:** | ALO, LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |
| **Address:** | 6670 FLOTILLA STREET<br>COMMERCE, CALIFORNIA 90040 | | |

| | Correspondent | | |
|---|---|---|---|
| **Correspondent Name:** | LINDSAY J. HULLEY, C/O RUTAN & TUCKER | | |
| **Correspondent Address:** | 611 ANTON BLVD.<br>FLOOR 14<br>COSTA MESA, CA 92626-7681 | | |

**Domestic Representative - Not Found**

## Assignment 3 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 7280/0252 | **Pages:** | 6 |
| **Date Recorded:** | May 05, 2021 | | |
| **Supporting Documents:** | assignment-tm-7280-0252.pdf | | |

| | Assignor | | |
|---|---|---|---|
| **Name:** | ALO, LLC | **Execution Date:** | May 04, 2021 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |

| | Assignee | | |
|---|---|---|---|
| **Name:** | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | | |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | UNITED STATES |
| **Address:** | 10 SOUTH DEARBORN<br>CHICAGO, ILLINOIS 60603 | | |

| | Correspondent | | |
|---|---|---|---|
| **Correspondent** | DUSAN CLARK, ESQ. | | |

**Name:**

**Correspondent Address:** SIDLEY AUSTIN LLP
2021 MCKINNEY AVE., SUITE 2000
DALLAS, TX 75201

**Domestic Representative - Not Found**

## Assignment 4 of 4

| | |
|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY |
| **Reel/Frame:** | 7280/0270 |
| **Date Recorded:** | May 05, 2021 |
| **Supporting Documents:** | assignment-tm-7280-0270.pdf |

**Pages:** 5

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | COMERICA BANK | **Execution Date:** | May 04, 2021 |
| **Legal Entity Type:** | BANKING ASSOCIATION | **State or Country Where Organized:** | TEXAS |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | COLOR IMAGE APPAREL, INC. | **State or Country Where Organized:** | CALIFORNIA |
| **Legal Entity Type:** | CORPORATION | | |
| **Address:** | 6670 FLOTILLA STREET COMMERCE, CALIFORNIA 90040-1816 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | BUCHALTER/PHILIP NULUD/MONICA MANDEL-LA |
| **Correspondent Address:** | 18400 VON KARMAN AVENUE SUITE 800 IRVINE, CA 92612-0514 |

**Domestic Representative - Not Found**

# EXHIBIT 4

**Generated on:** This page was generated by TSDR on 2023-08-15 17:24:32 EDT

**Mark:** ALO

ALO

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86741238 | **Application Filing Date:** | Aug. 28, 2015 |
| **US Registration Number:** | 5172309 | **Registration Date:** | Mar. 28, 2017 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Mar. 28, 2017

**Publication Date:** Dec. 22, 2015 **Notice of Allowance Date:** Feb. 16, 2016

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ALO |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1280420 |
| **International Application(s) /Registration(s) Based on this Property:** | A0052892/1280420 |
| **Claimed Ownership of US Registrations:** | 3310551, 3875869, 4519311 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Athletic bags | | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |
| **Class Status:** | ACTIVE | | |

|  | |  | |
|---|---|---|---|
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 15, 2010 | **Use in Commerce:** | Aug. 24, 2011 |

|  | |  | |
|---|---|---|---|
| **For:** | Headbands; Leg warmers; Scarves; Tights | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 06, 2014 | **Use in Commerce:** | Jan. 16, 2014 |

|  | |  | |
|---|---|---|---|
| **For:** | Yoga mats | | |
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Oct. 15, 2010 | **Use in Commerce:** | Oct. 26, 2010 |

## Basis Information (Case Level)

|  | |  | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

|  | |  | |
|---|---|---|---|
| **Owner Name:** | ALO, LLC | | |
| **Owner Address:** | 9830 Wilshire Boulevard<br>Beverly Hills, CALIFORNIA UNITED STATES 90212 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

### Attorney of Record

|  | |  | |
|---|---|---|---|
| **Attorney Name:** | Lindsay J. Hulley | **Docket Number:** | 101795.001T2 |
| **Attorney Primary Email Address:** | trademarks@rutan.com | **Attorney Email Authorized:** | Yes |

### Correspondent

|  | |  | |
|---|---|---|---|
| **Correspondent Name/Address:** | Lindsay J. Hulley<br>RUTAN & TUCKER, LLP<br>18575 Jamboree Road<br>9th Floor<br>Irvine, CALIFORNIA UNITED STATES 92612 | | |
| **Phone:** | 7146415100 | | |
| **Correspondent e-mail:** | trademarks@rutan.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 24, 2023 | TEAS SECTION 8 & 15 RECEIVED | |
| Oct. 28, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Oct. 28, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 28, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| | | |
|---|---|---|
| Oct. 28, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 28, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 28, 2022 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Sep. 28, 2021 | NOTICE OF SUIT | |
| Dec. 18, 2020 | NOTICE OF SUIT | |
| Mar. 14, 2018 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 14, 2018 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 28, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 21, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Feb. 18, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Feb. 10, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 69302 |
| Jan. 23, 2017 | USE AMENDMENT FILED | 69302 |
| Feb. 09, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 69302 |
| Jan. 23, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Aug. 13, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 11, 2016 | SOU EXTENSION 1 GRANTED | 98765 |
| Aug. 11, 2016 | SOU EXTENSION 1 FILED | 98765 |
| Aug. 11, 2016 | SOU TEAS EXTENSION RECEIVED | |
| Feb. 16, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 22, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 22, 2015 | PUBLISHED FOR OPPOSITION | |
| Dec. 02, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 13, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 10, 2015 | ASSIGNED TO EXAMINER | 83285 |
| Sep. 02, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 01, 2015 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: PUBLICATION AND ISSUE SECTION      Date in Location: Feb. 18, 2017

# Assignment Abstract Of Title Information

**Summary**

Total Assignments: 4      Registrant: Color Image Apparel, Inc.

**Assignment 1 of 4**

Conveyance: SECURITY INTEREST

Reel/Frame: 5823/0561      Pages: 5

Date Recorded: Jun. 29, 2016

Supporting Documents: assignment-tm-5823-0561.pdf

**Assignor**

Name: COLOR IMAGE APPAREL, INC.      Execution Date: Jun. 29, 2016

Legal Entity Type: CORPORATION      State or Country Where Organized: CALIFORNIA

**Assignee**

Name: COMERICA BANK

Legal Entity Type: BANKING CORPORATION      State or Country Where Organized: TEXAS

Address: 39200 SIX MILE ROAD
MC 7578
LIVONIA, MICHIGAN 48152

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | HELEN PANNECK |
| **Correspondent Address:** | 1000 WILSHIRE BLVD., STE. 1500<br>LOS ANGELES, CA 90017 |

**Domestic Representative - Not Found**

## Assignment 2 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | 6283/0350 | **Pages:** | 10 |
| **Date Recorded:** | Mar. 02, 2018 | | |
| **Supporting Documents:** | assignment-tm-6283-0350.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | COLOR IMAGE APPAREL, INC. | **Execution Date:** | Jan. 26, 2018 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | ALO, LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |
| **Address:** | 6670 FLOTILLA STREET<br>COMMERCE, CALIFORNIA 90040 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | LINDSAY J. HULLEY, C/O RUTAN & TUCKER |
| **Correspondent Address:** | 611 ANTON BLVD.<br>FLOOR 14<br>COSTA MESA, CA 92626-7681 |

**Domestic Representative - Not Found**

## Assignment 3 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 7280/0252 | **Pages:** | 6 |
| **Date Recorded:** | May 05, 2021 | | |
| **Supporting Documents:** | assignment-tm-7280-0252.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | ALO, LLC | **Execution Date:** | May 04, 2021 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | | |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | UNITED STATES |
| **Address:** | 10 SOUTH DEARBORN<br>CHICAGO, ILLINOIS 60603 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | DUSAN CLARK, ESQ. |
| **Correspondent Address:** | SIDLEY AUSTIN LLP<br>2021 MCKINNEY AVE., SUITE 2000<br>DALLAS, TX 75201 |

**Domestic Representative - Not Found**

## Assignment 4 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY | | |
| **Reel/Frame:** | 7280/0270 | **Pages:** | 5 |

**Date Recorded:** May 05, 2021

**Supporting Documents:** assignment-tm-7280-0270.pdf

| | Assignor | |
|---|---|---|
| **Name:** COMERICA BANK | **Execution Date:** | May 04, 2021 |
| **Legal Entity Type:** BANKING ASSOCIATION | **State or Country Where Organized:** | TEXAS |

| | Assignee | |
|---|---|---|
| **Name:** COLOR IMAGE APPAREL, INC. | **State or Country Where Organized:** | CALIFORNIA |
| **Legal Entity Type:** CORPORATION | | |
| **Address:** 6670 FLOTILLA STREET COMMERCE, CALIFORNIA 90040-1816 | | |

| Correspondent |
|---|
| **Correspondent Name:** BUCHALTER/PHILIP NULUD/MONICA MANDEL-LA |
| **Correspondent Address:** 18400 VON KARMAN AVENUE SUITE 800 IRVINE, CA 92612-0514 |

| Domestic Representative - Not Found |
|---|

# EXHIBIT 5

**Generated on:** This page was generated by TSDR on 2023-08-15 17:25:53 EDT

**Mark:** ALO

$$ALO$$

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87781772 | **Application Filing Date:** | Feb. 02, 2018 |
| **US Registration Number:** | 5597575 | **Registration Date:** | Oct. 30, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**  LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Oct. 30, 2018

**Publication Date:** Apr. 24, 2018 **Notice of Allowance Date:** Jun. 19, 2018

## Mark Information

**Mark Literal Elements:** ALO

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1430210

**International Application(s) /Registration(s) Based on this Property:** A0078027/1430210

**Claimed Ownership of US Registrations:** 3875869, 5172308, 5172309

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing classes in the field of meditation, mindful living, physical fitness, healthy lifestyle, yoga and exercise

**International Class(es):** 041 - Primary Class          **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** May 2016      **Use in Commerce:** Jun. 2018

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** ALO, LLC

**Owner Address:** 9830 Wilshire Boulevard
Beverly Hills, CALIFORNIA UNITED STATES 90212

**Legal Entity Type:** LIMITED LIABILITY COMPANY      **State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Lindsay J. Hulley      **Docket Number:** 101795.0001T

**Attorney Primary Email Address:** trademarks@rutan.com      **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Lindsay J. Hulley
RUTAN & TUCKER, LLP
18575 Jamboree Road
9th Floor
Irvine, CALIFORNIA UNITED STATES 92612

**Phone:** 7146415100

**Correspondent e-mail:** trademarks@rutan.com      **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 28, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Oct. 28, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 28, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 28, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 28, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 28, 2021 | NOTICE OF SUIT | |
| Dec. 18, 2020 | NOTICE OF SUIT | |
| Oct. 30, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 28, 2018 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Sep. 27, 2018 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 17, 2018 | STATEMENT OF USE PROCESSING COMPLETE | 74055 |
| Aug. 21, 2018 | USE AMENDMENT FILED | 74055 |
| Sep. 17, 2018 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 74055 |
| Aug. 21, 2018 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 19, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Apr. 24, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 24, 2018 | PUBLISHED FOR OPPOSITION | |

| | | |
|---|---|---|
| Apr. 04, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 19, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 16, 2018 | ASSIGNED TO EXAMINER | 93578 |
| Feb. 12, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Feb. 06, 2018 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

| TM Staff Information - None | |
|---|---|
| **File Location** | |
| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Sep. 27, 2018 |

# Assignment Abstract Of Title Information

| Summary | |
|---|---|
| Total Assignments: 1 | Registrant: ALO, LLC |

| Assignment 1 of 1 | |
|---|---|
| Conveyance: SECURITY INTEREST | |
| Reel/Frame: 7280/0252 | Pages: 6 |
| Date Recorded: May 05, 2021 | |
| Supporting Documents: assignment-tm-7280-0252.pdf | |

| Assignor | |
|---|---|
| Name: ALO, LLC | Execution Date: May 04, 2021 |
| Legal Entity Type: LIMITED LIABILITY COMPANY | State or Country Where Organized: CALIFORNIA |

| Assignee | |
|---|---|
| Name: JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | |
| Legal Entity Type: NATIONAL BANKING ASSOCIATION | State or Country Where Organized: UNITED STATES |
| Address: 10 SOUTH DEARBORN CHICAGO, ILLINOIS 60603 | |

| Correspondent | |
|---|---|
| Correspondent Name: DUSAN CLARK, ESQ. | |
| Correspondent Address: SIDLEY AUSTIN LLP 2021 MCKINNEY AVE., SUITE 2000 DALLAS, TX 75201 | |

| Domestic Representative - Not Found |
|---|

# Proceedings

| Summary | |
|---|---|
| Number of Proceedings: 1 | |

| Type of Proceeding: Opposition | |
|---|---|
| Proceeding Number: 91281464 | Filing Date: Oct 27, 2022 |
| Status: Suspended | Status Date: Jul 18, 2023 |
| Interlocutory Attorney: KEVIN G CRENNAN | |

| Defendant | |
|---|---|
| Name: ALIO Fitness Group LLC dba ALIO Fitness Club | |
| Correspondent Address: ELIZABETH OLINER OLINER LAW 345 GROVE STREET, 2ND FLOOR SAN FRANCISCO CA UNITED STATES , 94102 | |

| | | |
|---|---|---|
| **Correspondent e-mail:** | liz@olinerlaw.com , trademarks@olinerlaw.com | |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ALIO | | 88141843 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | ALO, LLC |
| **Correspondent Address:** | ASAD KARAMALLY<br>RUTAN & TUCKER LLP<br>18575 JAMBOREE ROAD, 9TH FLOOR<br>IRVINE CA UNITED STATES , 92612 |
| **Correspondent e-mail:** | akaramally@rutan.com , trademarks@rutan.com , mwilliams@rutan.com , madams@rutan.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ALO | | 77891801 | 3875869 |
| ALO YOGA | | 86741208 | 5172308 |
| ALO | | 86741238 | 5172309 |
| ALO | | 87781772 | 5597575 |
| ALO MOVES | | 87709225 | 6190196 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 13 | SUSPENDED | Aug 07, 2023 | |
| 12 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Aug 07, 2023 | |
| 11 | SUSPENDED | Jul 18, 2023 | |
| 10 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Jul 18, 2023 | |
| 9 | SUSPENDED | Jan 09, 2023 | |
| 8 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Jan 09, 2023 | |
| 7 | ANSWER | Dec 07, 2022 | |
| 6 | TRIAL DATES REMAIN AS SET | Nov 01, 2022 | |
| 5 | P NOTICE OF ERRATA | Oct 28, 2022 | |
| 4 | P CHANGE OF CORRESP ADDRESS | Oct 28, 2022 | |
| 3 | INSTITUTED | Oct 28, 2022 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 28, 2022 | Dec 07, 2022 |
| 1 | FILED AND FEE | Oct 27, 2022 | |

# EXHIBIT 6

**Generated on:** This page was generated by TSDR on 2023-08-15 17:27:07 EDT

**Mark:** ALOSOFT

# ALOSOFT

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88595042 | **Application Filing Date:** | Aug. 27, 2019 |
| **US Registration Number:** | 6137833 | **Registration Date:** | Aug. 25, 2020 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Aug. 25, 2020

**Publication Date:** Oct. 29, 2019 **Notice of Allowance Date:** Dec. 24, 2019

---

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ALOSOFT |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

---

# Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1521620 |
| **International Application(s) /Registration(s) Based on this Property:** | A0094596/1521620 |
| **Claimed Ownership of US Registrations:** | 3875869, 5172308, 5172309 |

---

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Apparel, namely, bottoms as clothing, bras and sports bras | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |

**Basis:** 1(a)

**First Use:** Nov. 13, 2017         **Use in Commerce:** Nov. 13, 2017

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** ALO, LLC

**Owner Address:** 9830 Wilshire Boulevard
Beverly Hills, CALIFORNIA UNITED STATES 90212

**Legal Entity Type:** LIMITED LIABILITY COMPANY     **State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Lindsay J. Hulley     **Docket Number:** 101795.0343T

**Attorney Primary Email Address:** trademarks@rutan.com     **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Lindsay J. Hulley
RUTAN & TUCKER, LLP
18575 Jamboree Road
9th Floor
Irvine, CALIFORNIA UNITED STATES 92612

**Phone:** 7146415100

**Correspondent e-mail:** trademarks@rutan.com     **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 28, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Oct. 28, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 28, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 28, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 28, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 25, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 24, 2020 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jul. 23, 2020 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jul. 20, 2020 | STATEMENT OF USE PROCESSING COMPLETE | 66230 |
| Jun. 25, 2020 | USE AMENDMENT FILED | 66230 |
| Jul. 16, 2020 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66230 |
| Jun. 25, 2020 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 26, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 24, 2020 | SOU EXTENSION 1 GRANTED | 98765 |
| Jun. 24, 2020 | SOU EXTENSION 1 FILED | 98765 |
| Jun. 24, 2020 | SOU TEAS EXTENSION RECEIVED | |
| Dec. 24, 2019 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |

| Oct. 29, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 29, 2019 | PUBLISHED FOR OPPOSITION | |
| Oct. 09, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 23, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 19, 2019 | ASSIGNED TO EXAMINER | 81855 |
| Sep. 10, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 30, 2019 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION      **Date in Location:** Jul. 23, 2020

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1                                    **Registrant:** ALO, LLC

**Assignment 1 of 1**

**Conveyance:** SECURITY INTEREST

**Reel/Frame:** 7280/0252                                   **Pages:** 6

**Date Recorded:** May 05, 2021

**Supporting Documents:** assignment-tm-7280-0252.pdf

**Assignor**

**Name:** ALO, LLC                          **Execution Date:** May 04, 2021

**Legal Entity Type:** LIMITED LIABILITY COMPANY    **State or Country Where Organized:** CALIFORNIA

**Assignee**

**Name:** JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT

**Legal Entity Type:** NATIONAL BANKING ASSOCIATION    **State or Country Where Organized:** UNITED STATES

**Address:** 10 SOUTH DEARBORN
CHICAGO, ILLINOIS 60603

**Correspondent**

**Correspondent Name:** DUSAN CLARK, ESQ.

**Correspondent Address:** SIDLEY AUSTIN LLP
2021 MCKINNEY AVE., SUITE 2000
DALLAS, TX 75201

**Domestic Representative - Not Found**